**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6315**

CARLTON CLAY,

                    Plaintiff - Appellant,

          v.

CARL MANIS, Warden/Administrator; J.A. HARMON, Institutional
Hearing Officer,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.    Arenda L. Wright Allen,
District Judge. (2:16-cv-00036-AWA-LRL)

Submitted:  October 19, 2016         Decided:  October 24, 2016

Before SHEDD, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carlton Clay, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlton Clay appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Clay v. Manis, No. 2:16-cv-00036-AWA-LRL (E.D. Va. Feb. 16, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED